**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JOSHUA A. THOMPSON AND THOMAS LITTLE, JR.** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 1:26-cv-271-TBM-RPM**

**CAMPING WORLD RV SALES, LLC; KEYSTONE RV COMPANY, INC.; AND AQUA FINANCE, INC.** **DEFENDANTS**

---

**AGREED ORDER CLARIFYING THE STATUS OF AQUA FINANCE, INC. AND HOLDING RESPONSIVE-PLEADING DEADLINE IN ABEYANCE**

---

This matter is before the Court on Plaintiffs' and Defendant Aqua Finance, Inc.'s ("Aqua"), Joint Motion for Entry of an Agreed Order Clarifying Aqua's Status and Holding Responsive-Pleading Deadline in Abeyance. After due consideration, the Court finds that the Joint Motion is well taken for the reasons set forth by the Parties.

IT IS THEREFORE ORDERED that Aqua shall remain in this action as a nominal defendant/interested party because it is the financing party and assignee whose contract interests may be affected by any relief concerning the retail installment sales contract, debt balance, rejection, revocation, rescission, cancellation, or similar relief.

IT IS FURTHER ORDERED AND ADJUDGED, considering Plaintiffs are not asserting any direct cause of action, claim for money damages, or independent affirmative recovery against Aqua, that Aqua need not answer or otherwise respond to the Complaint unless and until further order of the Court or Plaintiffs obtain leave to file a pleading asserting direct affirmative relief against Aqua.

SO ORDERED, this the 20th day of October, 2026.

DISTRICT JUDGE

**AGREED AS TO FORM, TERMS AND CONDITIONS:**

*/s/Jason Graeber (with permission)*
Jason Graeber (MS Bar # 101267)
*Counsel for Plaintiffs Joshua A. Thompson and Thomas Little, Jr.*

*/s/ Joshua Threadcraft*
Joshua Threadcraft (MS Bar # 100495)
*Counsel for Defendant Aqua Finance, Inc.*